UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KENNETH D NIOUS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-252 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

On May 5, 2014, the Court entered an Order adopting the memorandum and recommendation of the Magistrate Judge and dismissing Petitioner's habeas corpus petition. (D.E. 14.) The Court now enters final judgment in this matter. Petitioner's application for habeas corpus relief is DISMISSED, and Petitioner's request for a certificate of appealability is DENIED. This is a final judgment.

ORDERED this 18th day of June, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE